KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN 249203)
*ak@kazlg.com*
Jason A. Ibey, Esq. (SBN 284607)
*jason@kazlg.com*
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq. (SBN 225557)
*josh@westcoastlitigation.com*
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
HAROLD J. GREEN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD J. GREEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHOBANI, INC., formerly known as AGRO-FARMA, INC.,<br><br>Defendant. | Case No. 13-cv-2106-DMS-DHB<br><br>Judge: Hon. Dana M. Sabraw<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Action Filed: Sept. 9, 2013 |

TO THE COURT AND CLERK OF THE COURT:

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Harold J. Green (as to himself and not on a class basis) voluntarily dismisses the above-captioned action in its entirety and with prejudice.[1]

DATED: October 28, 2013            KAZEROUNI LAW GROUP, APC

                                   By:   */s/ Abbas Kazerounian*
                                         Abbas Kazerounian, Esq.

DATED: October 28, 2013            HYDE & SWIGART

                                   By:   */s/ Joshua B. Swigart*
                                         Joshua B. Swigart, Esq.

                                   Attorneys for Plaintiff Harold J. Green

---

[1] The dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010).